

P10044800

Form 27 - AFFIDAVIT OF SERVICE

**NAPOLI SHKOLNIK, PLLC**  Harold May
UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

CORTLAND COUNTY, NEW YORK

PLAINTIFF

- vs -

ELI LILLY AND COMPANY, ETAL

DEFENDANT

Index No. **2:23-cv-18314-BRM-RLS**
Date Filed
Office No. **IPP 23956**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **21ST** day of **SEPTEMBER,
2023 1:32PM** at
**C/O CT CORPORATION SYSTEM,**
**28 LIBERTY STREET**
**NEW YORK NY 10005**
I served a true copy of the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **CAREMARK RX,
LLC** the **DEFENDANT** therein named by delivering to, and leaving personally with **Mohamed
Dansoko, INTAKE SPECIALIST,** who provided verbal confirmation that he or she is
authorized to accept by appointment or law to receive service on behalf of the
**DEFENDANT.**

Deponent describes the person served as aforesaid to the best of deponent's ability at
the time and circumstances of the service as follows:

SEX: **MALE**      COLOR: **BLACK** HAIR: **BLACK**
APP.AGE: **20-30** APP. HT: **6'2** APP. WT: **240**
OTHER IDENTIFYING FEATURES

Sworn to before me this
22ND day of SEPTEMBER, 2023

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

DONDRE DENNIS 2582979
Lexitas
1735 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-NPL-10044800

2a